# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1291
_____

United States of America,          *
                                   *
                  Appellee,        *   Appeal from the United States
                                   *   District Court for the District
         v.                        *   of Nebraska.
                                   *
Antonio Joe Valadez,               *          [UNPUBLISHED]
                                   *
                  Appellant.       *

_____

Submitted:   March 28, 2003

Filed:   April 7, 2003
_____

Before McMILLIAN, FAGG, and WOLLMAN, Circuit Judges.
_____

PER CURIAM.

Antonio Joe Valadez pleaded guilty to conspiracy to distribute and possession with intent to distribute methamphetamine and possession of a firearm during a drug-trafficking offense. On appeal, Valadez's counsel has filed a brief and requested permission to withdraw under Anders v. California, 386 U.S. 738 (1967). Although we granted Valadez permission to file a supplemental brief, he has not done so.

After reviewing counsel's Anders brief, along with our independent review of the record in accordance with Penson v. Ohio, 488 U.S. 75 (1988), we find no

nonfrivolous issues.  Accordingly, we affirm the district court,[*] and we also grant counsel's request to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.